LEWIS MANUFACTURING COMPANY *v.* DAVIS & BRANDON.

HILL, J. There was no abuse of discretion in refusing an interlocutory injunction in this case. *Judgment affirmed. All the Justices concur.*

APRIL 16, 1914.

Petition for injunction. Before Judge Conyers. Camden superior court. May 31, 1913.

*J. L. Sweat, John T. Myers,* and *Parks & Reed,* for plaintiff. *R. D. Meader,* for defendants.